UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP PRASOMSY,<br>Petitioner,<br>v.<br>SERGIO ALBARRAN, et al.,<br>Respondents. | Case No. 3:26-cv-09534-JSC<br><br>**ORDER DIRECTING RESPONDENTS TO BRIEF ADDITIONAL ISSUES** |

On September 8, 2026, the Court granted Petitioner's motion for a temporary restraining order and ordered Respondents to show cause as to why a preliminary injunction should not issue. (Dkt. No. 16.) In addition to the matters noted in the Court's order, Respondents' brief shall address the following:

1. Provide an update regarding the status of Petitioner's motion to reopen and terminate filed May 7, 2026.
2. Provide an update as to the status of Petitioner's I-246 stay application filed on September 3, 2026 given Officer Carrasco's representation it would be decided within 72 hours (Dkt. No. 14 at ¶ 8).
3. Address why Petitioner's I-213, Record of Deportable/Inadmissible Alien appears to include information for another individual by the name of "Saeteurn." (Dkt. No. 11-6 at 3-4).
4. Address why the I-213 lists Petitioner's current administrative charges as "9/3/2026 – 237a2Aiii – Aggravated Felony" 101(a)(43(B) Controlled Substance Trafficking." (*Compare* Dkt. No. 11-6 at 3 (I-213) *with* Dkt. No. 14-2 at 2 (Notice to Appear charging Petitioner with an "aggravated felony as defined in section

United States District Court
Northern District of California

United States District Court
Northern District of California

101(a)(43)(G) of the Act, a law relating to a theft offense.”).)

5. Address when the “informal interview” referenced in the I-213 occurred (Dkt. No. 11-6 at 3) given Petitioner’s counsel’s declaration statement that Officer Carrasco stated “there is nothing to interview about because the case was closed” (Dkt. No. 14 at ¶ 11).

If Respondents require additional time to prepare their response, the parties shall meet and confer and propose a briefing schedule provided Respondents agree the temporary restraining order may remain in effect until disposition of the preliminary injunction.

**IT IS SO ORDERED.**

Dated: September 9, 2026

JACQUELINE SCOTT CORLEY
United States District Judge